## RIDGWAY v. BOGAN.

### No. 9654; September 30, 1886.

#### 12 Pac. 343.

**Pleading—Amendment of Complaint After Demurrer.**—If a demurrer to the complaint is sustained, the plaintiff is entitled to leave to amend, unless the complaint is so defective that it cannot be made good by any amendment.

APPEAL from Superior Court, Mariposa County.

Action to recover the proceeds of a note claimed to have belonged to plaintiff's decedent, and to have been wrongfully disposed of by defendant. Defendant demurred to the complaint, (1) because it did not state a cause of action; (2) because of defect or misjoinder of parties; and (3) because of ambiguity and uncertainty. The demurrer was sustained. Plaintiff moved for leave to amend, which motion was denied, whereupon plaintiff appealed, on the ground that he was entitled to leave to amend unless his complaint was so defective that it could not be made good by any amendment.

J. W. Congdon and G. G. Goucher for plaintiff and appellant; L. F. Jones for defendant and respondent.

By the COURT.—We are of opinion the court should have granted plaintiff's motion to set aside the judgment, and for leave to file an amended complaint. The order appealed from is reversed, and the cause remanded, with directions that the motion of plaintiff be granted.